LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*
Ryan A. Walsh (Bar No. 294506)
*ryan.walsh@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: +1.714.540.1235; Fax: +1.714.755.8290

Heather A. Waller (*pro hac vice* forthcoming)
*heather.waller@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: +1.312.876.7700; Fax: +1.312.993.9767

*Attorneys for Nominal Defendant Beyond Meat, Inc. and Defendants Ethan Brown, Lubi Kutua, Nandita Bakhshi, Seth Goldman, Chelsea A. Grayson, Colleen Jay, C. James Koch, Raymond J. Lane, Joshua M. Murray, and Kathy N. Waller*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICKY PERROW and KOUSHALRAM KUMARAN, derivatively on behalf of BEYOND MEAT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ETHAN BROWN, LUBI KUTUA, NANDITA BAKHSHI, SETH GOLDMAN, CHELSEA A. GRAYSON, COLLEEN JAY, C. JAMES KOCH, RAYMOND J. LANE, JOSHUA M. MURRAY, and KATHY N. WALLER,<br><br>Defendants,<br><br>and<br><br>BEYOND MEAT, INC.,<br><br>Nominal Defendant. | Case No. 2:26-cv-06086-FMO-PVC<br><br>**JOINT STIPULATION TO CONSOLIDATE AND STAY DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Hon. Fernando M. Olguin |

Nominal Defendant Beyond Meat, Inc. ("Beyond Meat") and Defendants Ethan Brown, Lubi Kutua, Nandita Bakhshi, Seth Goldman, Chelsea A. Grayson, Colleen Jay, C. James Koch, Raymond J. Lane, Joshua M. Murray, and Kathy N. Waller (collectively, the "Individual Defendants," together with Beyond Meat, "Defendants"), and Plaintiffs Nicky Perrow and Koushalram Kumaran (collectively, "Plaintiffs") hereby stipulate, through their undersigned counsel and pursuant to Local Rule 7-1, as follows:

1. WHEREAS, on February 12, 2026, a shareholder derivative action on behalf of Beyond Meat was filed in this Court, captioned *Azima v. Brown, et al.*, Case No. 2:26-cv-01525-FMO-PVC (C.D. Cal.) (the "*Azima*" Action).

2. WHEREAS, on May 13, 2026, a related shareholder derivative action on behalf of Beyond Meat was filed in this Court, captioned *Davis v. Brown, et al.,* Case No. 2:26-cv-05180-FMO-PVC (C.D. Cal.) (the "*Davis*" Action).

3. WHEREAS, on June 1, 2026, this Court entered an Order granting the parties' stipulation to stay the *Azima* Action pending resolution of the related securities litigation, *Aljendan v. Beyond Meat, Inc.*, Case No. 2:26-cv-00742-FMO-PVC (C.D. Cal.) (the "Securities Litigation"). *See Azima v. Brown, et al.*, Case No. 2:26-cv-01525-FMO-PVC (C.D. Cal.), Dkt. 19 (Order Granting Stipulation to Stay) ("Stipulated Stay").

4. WHEREAS, on June 4, 2026, Plaintiffs filed a shareholder derivative action on behalf of Beyond Meat in this Court, captioned *Perrow v. Brown, et al.*, Case No. 2:26-cv-06086-FMO-PVC (C.D. Cal.) (the "*Perrow* Action").

5. WHEREAS, on June 10, 2026, this Court entered an Order consolidating the *Azima* Action and the *Davis* Action, recaptioning the consolidated matter as *In re Beyond Meat, Inc. Stockholder Derivative Litigation*, Lead Case No. 2:26-cv-01525-FMO-PVC (C.D. Cal.) (the "Consolidated Derivative Action"). *See Azima v. Brown, et al.*, Case No. 2:26-cv-01525-FMO-PVC (C.D. Cal.), Dkt. 21 (Order Re: Consolidation). This Court further ordered that the terms of the Stipulated

Stay shall apply to the Consolidated Derivative Action and directed that any related derivative action which might be consolidated be brought to the Court's attention. *See Azima v. Brown, et al.*, Case No. 2:26-cv-01525-FMO-PVC (C.D. Cal.), Dkt. 19 (Order Granting Stipulation to Stay); *Id.*, Dkt. 21 (Order Re: Consolidation).

6. WHEREAS, on July 2, 2026, Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action filed a Notice of Related Case in the Consolidated Derivative Action identifying the *Perrow* Action as a related case and stating that it is "based on substantially similar facts as alleged" in the Consolidated Derivative Action. *See id.*, Dkt. 22 (Notice of Related Case). The Notice of Related Case was signed by Plaintiffs' counsel and stated that they do "not object to the consolidation of the *Perrow* Action with and into" the Consolidated Derivative Action. *See id.*

7. WHEREAS, on August 14, 2026, the Parties in the *Perrow* Action submitted a stipulation to extend Defendants' deadline to respond to the Complaint from August 21, 2026 to September 18, 2026 in light of the pending Notice of Related Case and the Parties' expectation that the *Perrow* Action will be consolidated with and stayed on the same terms as the Consolidated Derivative Action.

8. WHEREAS, on September 8, 2026, the *Perrow* Action was transferred to this Court. *See Perrow v. Brown, et al.*, Case No. 2:26-cv-06086-FMO-PVC (C.D. Cal.), Dkt. 13 (Order Re: Transfer (Related Cases)).

9. WHEREAS, Defendants' current deadline to respond to the Complaint in the *Perrow* Action is September 18, 2026.

10. WHEREAS, to ensure economy of time and effort for the Court, for counsel, and for litigants, the Parties have agreed and respectfully request that the Court direct that the *Perrow* Action be consolidated with and into the Consolidated Derivative Action and be subject to the same terms as the Court's Order Regarding Consolidation, including the Stipulated Stay. *See Azima v. Brown, et al.*, Case No.

2:26-cv-01525-FMO-PVC (C.D. Cal.), Dkt. 19 (Order Granting Stipulation to Stay); *Id*., Dkt. 21 (Order Re: Consolidation).

11. WHEREAS, the Parties agree that this Stipulation is made in full reservation of and without waiver or prejudice of any rights, claims, objections, defenses, arguments, and motions in relation to the Complaint (or any subsequently filed complaint), whether jurisdictional, procedural, substantive or otherwise, that any party may have.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, and subject to the Court's approval, that:

1. The *Perrow* Action shall be consolidated with and into the Consolidated Derivative Action and subject to the same terms as the Court's Order Regarding Consolidation, including the Stipulated Stay;

2. Defendants' current deadline to respond to the Complaint in the *Perrow* Action shall be stayed.

**IT IS SO STIPULATED.**

Dated: September 16, 2026

Respectfully submitted,

LATHAM & WATKINS LLP
Michele Johnson
Heather A. Waller
Ryan A. Walsh

By /s/ *Ryan A. Walsh*
Ryan A. Walsh

*Attorneys for Nominal Defendant Beyond Meat, Inc. and Defendants Ethan Brown, Lubi Kutua, Nandita Bakhshi, Seth Goldman, Chelsea A. Grayson, Colleen Jay, C. James Koch, Raymond J. Lane, Joshua M. Murray, and Kathy N. Waller*

Dated: September 16, 2026

EDELSON LECHTZIN, LLP

By /s/ *Eric Lechtzin* (with consent)
Eric Lechtzin (SBN 248958)
Andrew Lapat

*Counsel for Plaintiffs*

# ATTESTATION STATEMENT

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 16, 2026 By: *<u>/s/ Ryan A. Walsh</u>*
Ryan A. Walsh