UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.** | **CV 26-1525 FMO (PVCx)**<br>**CV 26-6086 FMO (PVCx)** | **Date** | **October 5, 2026** |
| **Title** | **Nicky Perrow, et al. v. Ethan Brown, et al.** | | |

| | | |
|---|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge | |

| | |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: (In Chambers) Order re: Consolidation**

Having reviewed the parties' Joint Stipulation to Consolidate and Stay Deadline to Respond to the Complaint (Dkt. 15, "Stipulation"), by which the parties in Nicky Perrow, et al. v. Ethan Brown, et al., CV 26-6086 FMO (PVCx) ("Perrow") stipulate to the consolidation of Perrow with In re Beyond Meat, Inc. Stockholder Derivative Litigation, CV 26-1525 FMO (PVCx) ("Consolidated Derivative Action"), IT IS ORDERED THAT:

1. The Stipulation **(Document No. 15)** is **granted**.

2. Perrow, CV 26-6086 FMO (PVCx) and the Consolidated Derivative Action, CV 26-1525 FMO (PVCx) are hereby **consolidated**. The Clerk shall consolidate these actions such that the Consolidated Derivative Action, CV 26-1525 FMO (PVCx), is the lead case. All terms set forth in the Court's Order Re: Consolidation (Dkt. 21) entered in the Consolidated Derivative Action, including the Stipulated Stay, are hereby incorporated.

3. The Clerk shall administratively close Perrow, CV 26-6086 FMO (PVCx).

00 : 00

Initials of Preparer vdr